kdavis14

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 200201169 |
| Case Caption: | LAWSON VS CITY OF PHILADELPHIA ETAL |
| Filing Date: | Tuesday, February 11th, 2020 |
| Court: | MAJOR JURY-EXPEDITED |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | BAD FAITH |
| Status: | LISTED FOR CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONFERENCE | 08-OCT-2020 10:00 AM | City Hall | Case Management Center, Rm 613 | *unassigned* |

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | LAWSON JW2704, TYREE |
| **Address:** SCI PHOENIX PO BOX 244 COLLEGEVILLE PA 19426 | | **Aliases:** | none | |
| 2 | | | DEFENDANT | CITY OF PHILADELPHIA |
| **Address:** 1400 JOHN F KENNEDY BLVD 215 CITY HALL PHILADELPHIA PA 19107 | | **Aliases:** | none | |
| 3 | | | DEFENDANT | MOSTILLEC, SLOBDIAN BDG |

|  |  |  |  | 5935 |
|---|---|---|---|---|
| **Address:** | 750 RACE STREET POLICE HEADQUARTERS PHILADELPHIA PA 19106 | **Aliases:** | none | |
| 4 |  |  | DEFENDANT | KUCHISHY, MARY DETECTIVE 904 |
| **Address:** | 750 RACE STREET SOUTHWEST DETECTIVE BUR PHILADELPHIA PA 19106 | **Aliases:** | none | |
| 5 |  |  | TEAM LEADER | NEW, ARNOLD L |
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | **Aliases:** | none | |
| 6 |  |  | JUDGE | JUDGE, SUPERVISING |
| **Address:** | 602 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 11-FEB-2020 12:10 PM | ACTIVE CASE | | | 11-FEB-2020 12:11 PM |
| **Docket Entry:** | none. | | | |
| 11-FEB-2020 12:27 PM | COMMENCEMENT CIVIL ACTION JURY | LAWSON JW2704, TYREE | | 11-FEB-2020 12:00 AM |
| **Docket Entry:** | none. | | | |
| 11-FEB-2020 12:27 PM | WAITING TO LIST CASE MGMT CONF | LAWSON JW2704, TYREE | | 11-FEB-2020 12:00 AM |
| **Docket Entry:** | none. | | | |
| 11-FEB-2020 12:27 PM | SHERIFF'S SURCHARGE 1 DEFT | LAWSON JW2704, TYREE | | 11-FEB-2020 12:00 AM |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |
| 11-FEB-2020 12:27 PM | COMPLAINT FILED NOTICE GIVEN | LAWSON JW2704, TYREE | | 11-FEB-2020 12:00 AM |
| **Documents:** | CMPLC_5.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| 11-FEB-2020 12:27 PM | JURY TRIAL PERFECTED | LAWSON JW2704, TYREE | | 11-FEB-2020 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 11-FEB-2020 12:47 PM | MOT-PROCEED IN FORMA PAUPERIS | LAWSON JW2704, TYREE | | 11-FEB-2020 12:00 AM |
| **Documents:** | MTIFP_7.pdf | | | |
| **Docket Entry:** | 05-20025105 PETITION TO PROCEED IN FORMA PAUPERIS. | | | |
| 11-MAR-2020 03:27 PM | MOTION ASSIGNED | | | 11-MAR-2020 03:27 PM |
| **Docket Entry:** | 05-20025105 MOT-PROCEED IN FORMA PAUPERIS ASSIGNED TO JUDGE: JUDGE, SUPERVISING . ON DATE: MARCH 11, 2020 | | | |
| 16-MAR-2020 04:56 PM | ORDER ENTERED/236 NOTICE GIVEN | JUDGE, SUPERVISING | | 16-MAR-2020 04:56 PM |
| **Documents:** | ORDER_9.pdf | | | |
| **Docket Entry:** | 05-20025105 IT IS ORDERED THAT: 1. PETITIONER, TYREE LAWSON, BE PERMITTED TO PROCEED WITHOUT PAYING THE COSTS OF THIS PROCEEDING. 2. PETITIONER BE PERMITTED TO OBTAIN SERVICE OF THE PAPERS FILED WITHOUT COSTS. 3. PETITIONER BE PERMITTED TO PROCEED IN FORMA PAUPERIS AS TO ANY ADDITIONAL COSTS WHICH ACCRUE IN THE COURSE OF THIS PROCEEDING. 4. IF THERE IS A MONETARY RECOVERY BY JUDGMENT OR SETTLEMENT IN FAVOR OF THE PARTY PERMITTED TO PROCEED IN FORMA PAUPERIS, THE EXONERATED FEES AND COSTS SHALL BE TAXED AS COSTS AND PAID TO THE OFFICE OF JUDICIAL RECORDS BY THE PARTY PAYING THE MONETARY RECOVERY. 5. PETITIONER HAS A CONTINUING OBLIGATION TO INFORM THE COURT OF ANY IMPROVEMENT IN PARTY'S FINANCIAL CIRCUMSTANCES THAT WILL ENABLE THE PARTY TO PAY COSTS. 6. FILING PARTY MUST OBTAIN ATTESTED COPIES OF THE ORIGINAL PLEADING FOR SERVICE. IF MORE THAN THIRTY (30) DAYS HAS EXPIRED, THE PLEADING MUST BE REINSTATED FIRST. ...BY THE COURT; NEW, J. 3-16-20 | | | |

| | | | | |
|---|---|---|---|---|
| 16-MAR-2020 04:56 PM | NOTICE GIVEN UNDER RULE 236 | | | 16-MAR-2020 05:17 PM |
| **Docket Entry:** | NOTICE GIVEN ON 16-MAR-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 16-MAR-2020. | | | |
| | | | | |
| 28-APR-2020 03:06 PM | REINSTATE/REISSUE CIVIL ACTION | LAWSON JW2704, TYREE | | 28-APR-2020 12:00 AM |
| **Documents:** | RSCVA_11.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. | | | |
| | | | | |
| 30-JUN-2020 02:47 PM | PRAECIPE TO REINSTATE CMPLT | LAWSON JW2704, TYREE | | 30-JUN-2020 12:00 AM |
| **Documents:** | CMREI_12.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. | | | |
| | | | | |
| 17-JUL-2020 02:11 PM | LISTED FOR CASE MGMT CONF | | | 17-JUL-2020 02:11 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 21-JUL-2020 12:30 AM | NOTICE GIVEN | | | 21-JUL-2020 12:30 AM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 30-JUL-2020 09:25 AM | CASE RESCHEDULED BY COURT | LAWLOR, BRIAN | | 30-JUL-2020 09:25 AM |
| **Docket Entry:** | PLTF TO SERVE COMPLAINT. | | | |
| | | | | |
| 30-JUL-2020 09:26 AM | LISTED FOR CASE MGMT CONF | | | 30-JUL-2020 09:26 AM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 30-JUL-2020 09:26 AM | NOTICE GIVEN | | | 30-JUL-2020 09:26 AM |
| **Documents:** | CLNGV_17.pdf | | | |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | THE CASE MANAGEMENT CONFERENCE FOR THE ABOVE CAPTIONED MATTER HAS BEEN RESCHEDULED FOR Monday, August 31, 2020, AT 09:00 AM, IN Case Management Center, Rm 613, CITY HALL. NO FURTHER CONTINUANCES WILL BE GRANTED ABSENT EXIGENT CRCUMSTANCES. COUNSEL FOR PLAINTIFF IS DIRECTED TO SERVE A COPY OF THIS NOTICE ON ANY UNREPRESENTED PARTY AND ANY ATTORNEY ENTERING AN APPEARANCE SUBSEQUENT TO THE ISSUANCE OF THIS NOTICE. COUNSEL MUST BE PREPARED TO ADDRESS ALL RELEVANT ISSUES. IF THE CASE SETTLED PRIOR TO THE CONFERENCE, ELECTRONICALLY FILE A SETTLEMENT LETTER. TO FILE THE LETTER ELECTRONICALLY, ACCESS THE "EXISTING CASE" SECTION OF THE COURT'S ELECTRONIC FILING SYSTEM. SELECT "CONFERENCE SUBMISSIONS" AS THE FILING CATEGORY. SELECT "SETTLEMENT LETTER" AS THE DOCUMENT TYPE. QUESTIONS CONCERNING THIS NOTICE AND ITS CONTENTS SHALL BE REFERRED TO 215-686-3710. | | | |
| 30-JUL-2020 09:26 AM | NOTICE GIVEN UNDER RULE 236 | | | 03-AUG-2020 09:34 AM |
| **Docket Entry:** | NOTICE GIVEN ON 03-AUG-2020 OF NOTICE GIVEN ENTERED ON 30-JUL-2020. | | | |
| 01-AUG-2020 12:30 AM | NOTICE GIVEN | | | 01-AUG-2020 12:30 AM |
| **Docket Entry:** | none. | | | |
| 07-AUG-2020 09:43 AM | ATTEMPTED SERVICE - NOT FOUND | | | 07-AUG-2020 09:43 AM |
| **Documents:** | [Affidavit of Service](#) | | | |
| **Docket Entry:** | POLICE COMMISSION D. OUTLAW AND CITY OF PHILADELPHIA NOT FOUND ON 07/16/2020. | | | |
| 31-AUG-2020 11:48 AM | CMCF RESCHEDULED BY COURT | SULLIVAN, JOAN | | 31-AUG-2020 11:49 AM |
| **Documents:** | [CMRBC_21.pdf](#)<br>[CMRBC_21_001.pdf](#)<br>[CMRBC_21_002.pdf](#) | | | |
| **Docket Entry:** | none. | | | |
| 31-AUG-2020 11:50 AM | LISTED FOR CASE MGMT CONF | | | 31-AUG-2020 11:50 AM |
| **Docket Entry:** | none. | | | |

| | | | | |
|---|---|---|---|---|
| 31-AUG-2020 11:50 AM | NOTICE GIVEN | | | 31-AUG-2020 11:50 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 02-SEP-2020 12:30 AM | NOTICE GIVEN | | | 02-SEP-2020 12:30 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 11-SEP-2020 10:13 AM | PRAECIPE TO REINSTATE CMPLT | LAWSON JW2704, TYREE | | 14-SEP-2020 12:00 AM |
| **Documents:** | CMREI_25.pdf<br>CMREI_25_001.pdf | | | |
| **Docket Entry:** | *none.* | | | |

▶ Case Description ▶ Related Cases ▶ Event Schedule ▶ Case Parties ▶ Docket Entries

[ E-Filing System ] [ Search Home ]