IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE LAWSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-4568 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

# ORDER

AND NOW, this 21st day of November, 2022, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 35) and Plaintiff Tyree Lawson's opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED IN PART and DENIED IN PART, as follows:

- Count I is DISMISSED to the extent it relies on the Fourteenth Amendment, but proceeds under the Fourth Amendment;

- Count II's claim of failure to investigate is DISMISSED as unopposed;

- Count III's claims of deprivation of liberty based on unreasonable searches and seizures, false arrest, and false imprisonment are DISMISSED as unopposed;

- Count IV is DISMISSED as unopposed;

- Count V's claim of municipal liability for malicious prosecution against the City is DISMISSED, but the remainder of the *Monell* claims proceed;

- Count VI against the City is DISMISSED as unopposed.

The balance of the motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.