IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE LAWSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-4568 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 26th day of February, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 77), Plaintiff Tyree Lawson's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion is GRANTED, and Judgment is entered in favor of Defendants City of Philadelphia, Detective Mary Kuchinsky, and Police Officers James Mostiller and Dennis Slobodian as a matter of law.

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.